FILED

2006 Apr-12  AM 10:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| JOHNNY M. YOUNG | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:05-cv-01415-IPJ-PWG |
| | ) |
| DONAL CAMPBELL, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 15, 2006, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as barred by the appropriate statute of limitations and for failing to state a claim upon which relief may be granted under 28 U.S.C. § 1915A(b).  The plaintiff filed objections to the report and recommendation on March 29, 2006.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 12th day of April 2006.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE